Samuel T. Fletcher, Plaintiff in Error, v. J. P. Dyal, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Hillsborough County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

M. G. Gibbons and W. A. O'Neill, for Plaintiff in Error;

Macfarlane & Chancey, for Defendant in Error.

---

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.